IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZÜCA INC, a California Corporation,

    Plaintiff,

  v.

DBEST PRODUCTS INC, a California Corporation,

    Defendant.

No. C 15-03559 WHA

**NOTICE RE REQUEST TO RETAIN JURISDICTION**

      The parties have filed a joint motion requesting that the Court retain jurisdiction until December 31, 2016, in order to enforce a confidential settlement agreement resolving this action. The Court will not retain jurisdiction over a settlement agreement that it has not reviewed. By **NOON ON FRIDAY**, the parties shall please lodge a chambers copy of the settlement agreement. The agreement need not be filed on the docket.

      Additionally, the Court will not retain jurisdiction until December 31, 2016. The parties should please file a new stipulation that limits the duration of the Court's jurisdiction to **NINETY DAYS**.

Dated:   February 2, 2016.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE