IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZÜCA INC, a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DBEST PRODUCTS INC, a California Corporation,<br><br>  Defendant. | No. C 15-03559 WHA<br><br>**ORDER GRANTING REQUEST TO RETAIN JURISDICTION** |

The parties have filed a joint motion requesting that the Court retain jurisdiction until December 31, 2016 in order to enforce a confidential settlement agreement resolving this action. The Court has reviewed the settlement agreement and the parties' joint letter in support of their request. The Court will retain jurisdiction for the sole purpose of enforcing the parties confidential settlement agreement and the agreements referenced therein until **DECEMBER 31, 2016 AT NOON**. The parties shall please file their dismissal, with prejudice, of this action by **FEBRUARY 12 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 9, 2016.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE