IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZÜCA, INC,

    Plaintiff,

v.

DBEST PRODUCTS, INC,

    Defendant.

No. C 15-03559 WHA

**ORDER RE JOINT MOTION TO DISMISS CASE**

The parties' joint motion to dismiss the case is hereby **GRANTED**, as follows:

1. By consent of the parties and the order of the Court, and under the authority of *Kokkomen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381–82 (1994), the Court shall retain exclusive jurisdiction over this matter for the sole purpose of enforcing the settlement agreement and the agreements referenced therein until **DECEMBER 31, 2016 AT NOON**.

2. All claims, counterclaims, and defenses in this action between Züca, Inc., and dbest Products, Inc., are **DISMISSED** with prejudice.

3. Each party shall bear its own costs and attorney's fees incurred as of the time of the parties' joint motion.

**IT IS SO ORDERED.**

Dated: February 11, 2016.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE